PERKINS COIE LLP
Jon Daryanani, Bar No. 205149
JDaryanani@perkinscoie.com
Jill L. Ripke, Bar No. 309501
Jripke@perkinscoie.com
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

Joseph Halabrin, Bar No. 347735
Jhalabrin@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: +1. 415.344.7000
Facsimile: +1. 415.344.7050

Attorneys for Defendant,
AMERICAN NATIONAL INSULATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CARL KILLEBREW,

Plaintiff,

v.

TOPBUILD, INC.; AMERICAN NATIONAL INSULATION, INC.; COAST INSULATION; and DOES 1 through 10,

Defendants.

Case No. 23-cv-2427-MRA

**DEFENDANT AMERICAN NATIONAL INSULATION, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

Honorable Monica Ramirez Almadani

DATE: November 21, 2024
TIME: 1:30 PM
DEPT.: Courtroom 10B

TO PLAINTIFF, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 21, 2024, at 1:30 p.m., or as soon thereafter as counsel may be heard in Courtroom 10B, at 350 W. First Street, Los Angeles, CA 90012, Defendant American National Insulation Inc. ("**ANI**" or "**Defendant**") will and hereby does move for summary judgment or, alternatively, for partial summary judgment on the claims asserted by Plaintiff Carl Killebrew ("**Plaintiff**" or "**Killebrew**").[1]

This Motion is made pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 56-1 on the grounds that there is no genuine dispute concerning any material fact and that ANI is entitled to judgment as a matter of law as to Plaintiff's claims as alleged in the Complaint. Alternatively, if for any reason summary judgment cannot be had, ANI will and hereby does move the Court for an order for partial summary judgment, adjudicating the following issues in ANI's favor and against Plaintiff:

**FIRST CAUSE OF ACTION—WRONGFUL TERMINATION**

Issue No. 1: Plaintiff cannot maintain a claim against ANI for wrongful termination because Plaintiff's litigation conduct demonstrates his knowledge that the claim lacks merit.

Issue No. 2: Plaintiff cannot maintain a claim against ANI for wrongful termination because Plaintiff cannot establish that ANI violated any public policy by terminating Plaintiff's employment.

Issue No. 3: Plaintiff cannot maintain a claim against ANI for wrongful termination because ANI terminated Plaintiff for permissible business reasons as part

[1] Defendant American National Insulation, Inc. was erroneously sued as American National Insulation in the state court action. On December 4, 2023, Defendant filed a correction of name to reflect that Defendant is AMERICAN NATIONAL INSULATION, INC. rather than American National Insulation. (Dkt. No. 9.) TopBuild, Inc. and Coast Insulation are not legal entities and have not been served.

of a layoff and due to his performance deficiencies.

**SECOND CAUSE OF ACTION—BREACH OF CONTRACT**

Issue No. 4: Plaintiff cannot maintain a claim against ANI for breach of contract for any period prior to May 26, 2022 because he released those claims when he signed a settlement agreement.

Issue No. 5: Plaintiff cannot maintain a claim against ANI for breach of contract because he cannot satisfy the elements of the claim, including, but not limited to, because he cannot establish the existence of a contract or breach.

Issue No. 6: Plaintiff cannot maintain a claim against ANI for breach of contract because Plaintiff's damages are wholly speculative, and he cannot demonstrate appreciable and actual damage.

Issue No. 7: Plaintiff cannot maintain a claim against ANI for breach of contract because Plaintiff's employment with ANI was at-will and Plaintiff does not have any evidence that the parties entered into any agreement that altered the at-will status.

**THIRD CAUSE OF ACTION—FRAUD**

Issue No. 8: Plaintiff cannot maintain a claim against ANI for fraud for any period prior to May 26, 2022, because he released those claims when he signed a settlement agreement.

Issue No. 9: Plaintiff cannot maintain a claim against ANI for fraud because he cannot demonstrate ANI made a false representation.

Issue No. 10: Plaintiff cannot maintain a claim against ANI for fraud because he cannot demonstrate ANI knowingly made a false representation with the intent to deceive.

Issue No. 11: Plaintiff cannot maintain a claim against ANI for fraud because he cannot establish justifiable reliance.

Issue No. 12: Plaintiff cannot maintain a claim against ANI for fraud because

he cannot establish resulting damages.

**PLAINTIFF'S CLAIMS FOR PUNITIVE DAMAGES**

Issue No. 13: Plaintiff cannot recover punitive damages in this action because the conduct alleged against ANI does not constitute oppression, fraud or malice within the meaning of California Civil Code, Section 3294.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Separate Statement of Uncontroverted Facts, the Declaration of Jon Daryanani, the Declaration of Kenzie O'Neill, the Proposed Judgment and the Proposed Order, all pleadings and papers on file in this action, and upon any such other evidence and argument as may be presented to the Court at the hearing. This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on September 30, 2024.

DATED: October 10, 2024 **PERKINS COIE LLP**

By: */s/ Jon Daryanani*
Jon Daryanani
Jill Ripke
Joseph Halabrin

Attorneys for Defendant,
AMERICAN NATIONAL INSULATION, INC.